◼ In the Matter of NATHAN T., an Infant. FRANK T., Appellant; JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [639 NYS2d 759] ▮▮▮▮▮▮

Present—Denman, P. J., Pine, Wesley, Callahan and Boehm, JJ.